T.C. Summary Opinion 2011-60

UNITED STATES TAX COURT

CYNTHIA J. CANTRELL, Petitioner <u>v</u>.
COMMISSIONER OF INTERNAL REVENUE, Respondent

Docket No. 15596-09S.                    Filed May 18, 2011.

This opinion was vacated per order dated September 16, 2011.